# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

Before
D.C. KING, A.Y. MARKS, P.D. LOCHNER
Appellate Military Judges

UNITED STATES OF AMERICA

v.

MITCHELL C. STANKIEWICZ
MACHINIST'S MATE FIREMAN (E-3), U.S. NAVY

NMCCA 201500300
GENERAL COURT-MARTIAL

**Sentence Adjudged**: 18 June 2015.
**Military Judge**: CAPT Charles Purnell, JAGC, USN.
**Convening Authority**: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation**: CDR A.R. House, JAGC, USN.
**For Appellant**: CAPT James A. Talbert, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**11 February 2016**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court